### H. ABDALLAH v. CHARLES F. DUNN AND CLARK MILLER.

(Filed 20 October, 1926.)

APPEAL by defendant, Charles F. Dunn, from *Bond, J.,* at June Term, 1926, of LENOIR. No error.

Two actions, one entitled "Clark Miller v. Charles F. Dunn," and the other, "H. Abdallah v. Charles F. Dunn and Clark Miller," pending in the Superior Court of Lenoir County, were consolidated for trial at June Term, 1924. The relief demanded in both actions required an accounting between defendants Dunn and Miller. Dunn is the holder, by endorsement of the payee, of a note secured by mortgage on land executed by Miller. Since Dunn became the owner of the note Miller has conveyed the land described in the mortgage to plaintiff, Abdallah, who, as part of the consideration for the conveyance, assumed payment of the note. There was a controversy between Miller and Dunn as to the amount due upon the note. From judgment in accordance with the verdict, and admissions in the record, defendant Dunn appealed to the Supreme Court.

*Sutton & Green for plaintiff.*
*Charles F. Dunn in propria sua.*

PER CURIAM. Upon an appeal by defendant Dunn to this Court, from judgment rendered at June Term, 1924, of Superior Court of Lenoir County, appellant's assignments of error were sustained and a new trial ordered. *Miller v. Dunn,* 188 N. C., 397. Issues necessary to a judgment finally determining the rights of the parties, involving the amount paid by Dunn to Copeland Bros., by whom the note was transferred to Dunn, and the application of payments, aggregating $100, made by Miller to Dunn, after the transfer of the note, were not submitted to the jury on the former trial. Upon the new trial the facts involved in the issues suggested have been found by the jury, upon competent evidence, and under instructions free from error. Appellant's exceptions to the admission of evidence, to issues submitted, and to the judgment, cannot be sustained. The judgment is affirmed. There is

No error.